petitioner. *Messrs. John M. Slaton* and *Richard H. Wilmer* for respondents.

No. 615. MARTY ET AL. *v.* NAGLE, COMMISSIONER OF IMMIGRATION. On petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit. March 9, 1931. Dismissed with costs, per stipulation of counsel. *Mr. John L. McNab* for petitioners. *Solicitor General Thacher* for respondent.

No. 621. TRI-STATE FERRY CO. *v.* BIRNEY. Appeal from the Court of Appeals of Kentucky. March 9, 1931. Dismissed with costs, per stipulation of counsel. *Mr. J. G. Wheeler* for appellant. *Mr. R. M. Shelbourne* for appellee.

No. 895. GOLDMAN *v.* KORMAN. Appeal from the Superior Court of the County of Los Angeles, California. April 20, 1931. Docketed and dismissed on motion of *Mr. Israel J. Mendelson* for the appellee.